JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYMEYON VICTOR HILL,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. FRIEDMAN, ET AL.,<br><br>        Defendants. | No. ED CV 25-1638-JLS(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  February 20, 2026.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE